# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Gerber, Joel | 2. Court or Organization  United States Tax Court | 3. Date of Report  03/27/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Senior Judge | 5a. Report Type (check appropriate type)  ☐ Nomination Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

400 2nd Street, N.W., Room 418
Washington, D.C. 20217

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Jan.-Dec. | ▓ U.S. Treasury Department - Retirement Annuity |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 03/27/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 03/27/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Gold Coins | | None | K | T | | | | | |
| 2. Ing Annuity (X) | E | Distribution | O | T | | | | | |
| 3. Citibank Checking | A | Interest | K | T | | | | | |
| 4. Citibank Money Market Checking | A | Interest | M | T | | | | | |
| 5. T. D. Ameritrade Mney Mkt | A | Int./Div. | J | T | | | | | |
| 6. Alps Services Brown Cam Small Co Fd 1 | | None | J | T | Sold (part) | 01/08/13 | J | A | |
| 7. | | | | | Sold (part) | 03/15/13 | J | A | |
| 8. | | | | | Sold (part) | 06/27/13 | J | A | |
| 9. AQR Managed Funds | | None | J | T | Buy | 09/25/13 | J | | |
| 10. Artisan Fds Inc Mid Cap Value Fd | | None | J | T | Sold (part) | 01/08/13 | J | A | |
| 11. | | | | | Sold (part) | 03/15/13 | J | A | |
| 12. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 13. Berwyn Fd Inc Comm | A | Dividend | J | T | Sold (part) | 01/08/13 | J | A | |
| 14. | | | | | Sold (part) | 03/15/13 | J | A | |
| 15. | | | | | Buy (add'l) | 04/03/13 | J | | |
| 16. | | | | | Sold (part) | 06/27/13 | J | A | |
| 17. Bridgeway Fund, Inc. | | None | J | T | Buy | 04/03/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 06/27/13 | J | A | |
| 19. Buffalo Fds Mid Cap | | None | J | T | Sold (part) | 01/08/13 | J | A | |
| 20. | | | | | Sold (part) | 03/15/13 | J | A | |
| 21. | | | | | Buy (add'l) | 04/03/13 | J | | |
| 22. | | | | | Sold (part) | 06/27/13 | J | A | |
| 23. Credit Suisse Fds Commodity Return Strategy Com | | None | | | Buy (add'l) | 01/08/13 | J | | |
| 24. | | | | | Sold | 04/03/13 | J | A | |
| 25. Dodge & Cox Fds Intl Stk Fd | A | Dividend | J | T | Sold (part) | 01/08/13 | J | A | |
| 26. | | | | | Sold (part) | 03/15/13 | J | A | |
| 27. | | | | | Buy (add'l) | 04/03/13 | J | | |
| 28. | | | | | Sold (part) | 06/27/13 | J | A | |
| 29. Dodge & Cox Funds Stk Fd | A | Dividend | J | T | Buy (add'l) | 01/08/13 | J | | |
| 30. | | | | | Sold (part) | 03/15/13 | J | A | |
| 31. | | | | | Sold (part) | 04/03/13 | J | A | |
| 32. | | | | | Sold (part) | 06/27/13 | J | A | |
| 33. Ing Global Fd. Real Estate | | None | J | T | Buy | 01/08/13 | J | | |
| 34. | | | | | Sold (part) | 03/15/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 03/27/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 06/27/13 | J | A | |
| 36. Janus Perkins Midcp Vl Inv T | A | Dividend | | | Buy (add'l) | 01/08/13 | J | | |
| 37. | | | | | Sold (part) | 03/15/13 | J | A | |
| 38. | | | | | Sold (part) | 04/03/13 | J | A | |
| 39. | | | | | Sold (part) | 06/27/13 | J | A | |
| 40. | | | | | Sold | 09/25/13 | J | A | |
| 41. Jensen Portfolio Inc Com | A | Dividend | J | T | Sold (part) | 01/08/13 | J | A | |
| 42. | | | | | Sold (part) | 03/15/13 | J | A | |
| 43. | | | | | Sold (part) | 04/04/13 | J | A | |
| 44. | | | | | Sold (part) | 06/27/13 | J | A | |
| 45. Metro West Fds Total Return Bd Fd | A | Dividend | J | T | Buy (add'l) | 01/08/13 | J | | |
| 46. | | | | | Sold (part) | 04/03/13 | J | A | |
| 47. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 48. | | | | | Buy (add'l) | 09/25/13 | J | | |
| 49. Northern Fds Small Cap Fd | A | Dividend | | | Sold (part) | 01/08/13 | J | A | |
| 50. | | | | | Sold (part) | 03/15/13 | J | A | |
| 51. | | | | | Buy (add'l) | 04/03/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 03/27/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 06/27/13 | J | A | |
| 53. Northern Lights Altegris | | None | | | Sold (part) | 01/08/13 | J | A | |
| 54. | | | | | Sold (part) | 03/15/13 | J | A | |
| 55. | | | | | Sold (part) | 04/03/13 | J | A | |
| 56. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 57. | | | | | Sold | 09/26/13 | J | A | |
| 58. Pimco Real Return Fd CL D | | None | | | Sold | 01/08/13 | J | A | |
| 59. Pimco Total Return | A | Dividend | J | T | Sold (part) | 01/08/13 | J | A | |
| 60. | | | | | Sold (part) | 04/03/13 | J | A | |
| 61. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 62. Price T. Rowe High Yield Fd 1 Com | A | Dividend | | | Sold (part) | 01/08/13 | J | A | |
| 63. | | | | | Sold (part) | 03/15/13 | J | A | |
| 64. | | | | | Sold (part) | 04/03/13 | J | A | |
| 65. | | | | | Sold | 06/26/13 | J | A | |
| 66. Rowe T. Price Equity Income F Sh Ben Int | A | Dividend | J | T | Buy (add'l) | 01/08/13 | J | | |
| 67. | | | | | Sold (part) | 03/15/13 | J | A | |
| 68. | | | | | Sold (part) | 04/03/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 03/27/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 06/27/13 | J | A | |
| 70. Rowe T. Price New Am Growth F Sh Ben Int | A | Dividend | | | Buy (add'l) | 01/08/13 | J | | |
| 71. | | | | | Sold (part) | 03/15/13 | J | A | |
| 72. | | | | | Sold (part) | 04/03/13 | J | A | |
| 73. | | | | | Sold (part) | 06/27/13 | J | A | |
| 74. | | | | | Sold | 09/26/13 | J | A | |
| 75. Royce Microcap Investment Cl | | None | | | Buy (add'l) | 01/08/13 | J | | |
| 76. | | | | | Sold (part) | 03/15/13 | J | A | |
| 77. | | | | | Buy (add'l) | 04/03/13 | J | | |
| 78. | | | | | Sold (part) | 06/27/13 | J | A | |
| 79. | | | | | Sold | 09/24/13 | J | A | |
| 80. SSGA Fds Emerging Mkt | | None | J | T | Sold (part) | 01/08/13 | J | A | |
| 81. | | | | | Buy (add'l) | 04/03/13 | J | | |
| 82. T Rowe Real Estate Fd | | None | | | Sold | 01/08/13 | J | A | |
| 83. T Rowe Price Intl Bd Fd | A | Dividend | | | Buy (add'l) | 01/08/13 | J | | |
| 84. | | | | | Buy (add'l) | 04/02/13 | J | | |
| 85. | | | | | Buy (add'l) | 06/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 03/27/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 09/26/13 | J | A | |
| 87. T Rowe Price Blue Chip | | None | J | T | Buy | 09/25/13 | J | | |
| 88. T Rowe Price Intl Emerg Mkts Stk | A | Dividend | J | T | Buy (add'l) | 01/08/13 | J | | |
| 89. | | | | | Buy (add'l) | 04/03/13 | J | | |
| 90. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 91. Templeton Income Tr Global Bond Advisor | A | Dividend | J | T | Sold (part) | 01/08/13 | J | A | |
| 92. | | | | | Sold (part) | 03/15/13 | J | A | |
| 93. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 94. Thornburg Interntl Value Inst | A | Dividend | J | T | Sold (part) | 01/08/13 | J | A | |
| 95. | | | | | Sold (part) | 03/15/13 | J | A | |
| 96. | | | | | Sold (part) | 04/03/13 | J | A | |
| 97. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 98. | | | | | Buy (add'l) | 09/25/13 | J | | |
| 99. AQR Managed Futures | A | Dividend | J | T | Buy | 09/24/13 | J | | |
| 100. American Century Government Bond | A | Dividend | J | T | Sold (part) | 01/07/13 | J | A | |
| 101. | | | | | Sold (part) | 04/04/13 | J | A | |
| 102. | | | | | Buy (add'l) | 06/26/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 03/27/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 104. Artisan Fds Inc Mid Cap Value Fd | A | Dividend | J | T | Buy | 09/24/13 | J | | |
| 105. Bridgeway Blue Chip | A | Dividend | J | T | Buy | 04/04/13 | J | | |
| 106. | | | | | Sold (part) | 06/26/13 | J | A | |
| 107. | | | | | Sold (part) | 09/24/13 | J | A | |
| 108. Buffalo Fds Mid Cap Fd | | None | | | Sold | 01/07/13 | J | A | |
| 109. Credit Suisse Funds Commodity | | None | | | Buy (add'l) | 01/07/13 | J | | |
| 110. | | | | | Sold | 04/04/13 | J | A | |
| 111. Dodge & Cox Funds International Stock Fund | A | Dividend | J | T | Sold (part) | 01/07/13 | J | A | |
| 112. | | | | | Buy (add'l) | 04/04/13 | J | | |
| 113. | | | | | Sold (part) | 06/26/13 | J | A | |
| 114. | | | | | Sold (part) | 09/24/13 | J | A | |
| 115. Dodge & Cox Funds Stock Fund | A | Dividend | J | T | Sold (part) | 01/07/13 | J | A | |
| 116. | | | | | Sold (part) | 04/04/13 | J | A | |
| 117. | | | | | Sold (part) | 06/26/13 | J | A | |
| 118. | | | | | Sold (part) | 09/24/13 | J | A | |
| 119. Janus Perkins Mid Cp Vl Inv T | A | Dividend | | | Sold (part) | 04/04/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 06/26/13 | J | A | |
| 121. | | | | | Sold | 09/24/13 | J | A | |
| 122.  Janus Short Term Bd T | A | Dividend | J | T | Buy (add'l) | 01/07/13 | J | | |
| 123. | | | | | Buy (add'l) | 04/04/13 | J | | |
| 124. | | | | | Sold (part) | 06/26/13 | J | A | |
| 125. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 126.  Jensen Quality Growth J | A | Dividend | J | T | Sold (part) | 01/07/13 | J | A | |
| 127. | | | | | Sold (part) | 04/04/13 | J | A | |
| 128. | | | | | Sold (part) | 06/26/13 | J | A | |
| 129. | | | | | Sold (part) | 09/24/13 | J | A | |
| 130.  Metropolitan West Total Return | A | Dividend | K | T | Buy (add'l) | 01/07/13 | J | | |
| 131. | | | | | Sold (part) | 04/04/13 | J | A | |
| 132. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 133. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 134.  Northern FDS Small Cap Fd | A | Dividend | J | T | Sold (part) | 01/07/13 | J | A | |
| 135. | | | | | Sold (part) | 04/04/13 | J | A | |
| 136. | | | | | Sold (part) | 06/26/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 03/27/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 09/24/13 | J | A | |
| 138. Northern Lights | | None | | | Buy (add'l) | 01/07/13 | J | | |
| 139. | | | | | Buy (add'l) | 04/04/13 | J | | |
| 140. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 141. | | | | | Sold | 09/24/13 | J | A | |
| 142. Pimco Real Return Fd Cl D | | None | J | T | Buy (add'l) | 01/07/13 | J | | |
| 143. | | | | | Buy (add'l) | 04/04/13 | J | | |
| 144. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 145. | | | | | Sold (part) | 09/24/13 | J | A | |
| 146. Pimco Total Return Fund Institutional | A | Dividend | K | T | Buy | 01/07/13 | J | | |
| 147. | | | | | Buy (add'l) | 04/04/13 | J | | |
| 148. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 149. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 150. Price T Rowe High Yield Fd 1 Com | A | Dividend | J | T | Sold (part) | 01/07/13 | J | A | |
| 151. | | | | | Sold (part) | 04/04/13 | J | A | |
| 152. | | | | | Sold (part) | 06/26/13 | J | A | |
| 153. | | | | | Sold (part) | 09/24/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 03/27/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. T Rowe Price Com (Short Term) | A | Dividend | J | T | Sold (part) | 01/07/13 | J | A | |
| 155. | | | | | Buy (add'l) | 04/04/13 | J | | |
| 156. | | | | | Sold (part) | 06/26/13 | J | A | |
| 157. Rowe T Price Equity Income F Sh Ben | A | Dividend | J | T | | | | | |
| 158. Rowe T Price Emerging Mkt Sh | A | Dividend | J | T | Sold (part) | 01/07/13 | J | A | |
| 159. | | | | | Sold (part) | 04/04/13 | J | A | |
| 160. | | | | | Sold (part) | 06/26/13 | J | A | |
| 161. | | | | | Sold (part) | 09/24/13 | J | A | |
| 162. T Rowe Price Intl Intl Bd Fd | A | Dividend | J | T | Buy (add'l) | 01/07/13 | J | | |
| 163. | | | | | Buy (add'l) | 04/04/13 | J | | |
| 164. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 165. | | | | | Sold (part) | 09/24/13 | J | A | |
| 166. T Rowe Price Blue Chip | | None | J | T | Buy | 09/24/13 | J | | |
| 167. Templeton Income Tr Global Bond | A | Dividend | J | T | Sold (part) | 01/07/13 | J | A | |
| 168. | | | | | Buy (add'l) | 04/04/13 | J | | |
| 169. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 170. | | | | | Sold (part) | 09/24/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 03/27/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Thornburg Interntl Value Inst | A | Dividend | J | T | Sold (part) | 01/07/13 | J | A | |
| 172. | | | | | Buy (add'l) | 04/04/13 | J | | |
| 173. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 174. | | | | | Sold (part) | 09/24/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 03/27/2014 |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Gettler, Joel | May 2, 2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Joel Gettler

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544